# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEPHEN GRIEGO**                                                            **PLAINTIFF**

**v.**                                      **Case No. 4:20-CV-01309**

**LENNOX INDUSTRIES, INC.**                                      **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendant.

IT IS SO ADJUDGED this 28th day of March 2023.

                                                                               _____
                                                                               LEE P. RUDOFSKY
                                                                               UNITED STATES DISTRICT JUDGE